# United States District Court
## Violation Notice

CC4E

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6773727 | Ragsdale M | 5894 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 12/16/2020 | 21 USC 844 |

Place of Offense:
INBOUND ADOBE RD / Main Gate
MCAGCC TwentyNine Palms CA 92277

Offense Description:
21 USC 844 Possession of marijuana

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| TRAN | LINDA | NMN |

Street Address: [REDACTED]

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8ZZ0962 | CA | 18 | Chevy Express | | BLK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**

Court Address: United State District Court 3470 Twelfth Street Courtrooms 3 and 4, 3rd Floor Riverside, CA 92501-3801

Date: To be notified
Time: To be notified

Defendant Signature: /s/ Linda Tran

---

## STATEMENT OF PROBABLE CAUSE

I state that on 16 Dec 2020 20 while exercising my duties as a law enforcement officer in the MCAGCC District of Twentynine Palms CA

CPL Carter observed driver attempt to gain access to the installation via Main Gate on Adobe rd. Upon contact CPL Carter smelled an odor resembling marijuana and directed driver to park alongside Adobe rd. I arrived on location and made contact with TRAN LINDA, identified by her CA state license # D9421121. Upon contact TRAN stated she had possession of marijuana in her bag, located in the vehicle beside her. TRAN LINDA was advised that marijuana was not authorized on base and gave permissive authorization for search and seizure for her 2018 Black Chevy Express LP (CA) 8ZZ0962. Search revealed that TRAN LINDA had possession of 3.5 pre-rolled marijuana cigarettes and 1 small bottle of THC oil to be used via vaporizing pen.

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/16/2020    Officer's Signature: /s/

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle, CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident